Michael J. McCue (NV Bar No. 6055)
MMcCue@LRRLaw.com
Jonathan W. Fountain (NV Bar No. 10351)
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Tel: (702) 949-8200
Fax: (702) 949-8398

*Attorneys for Plaintiff*
*Keep Rockin', LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEEP ROCKIN, LLC, a Washington limited liability company,<br><br>   Plaintiff,<br><br>   v.<br><br>PIZZA ROCK LV, LLC, a Nevada limited liability company, and PIZZA ROCK, LLC, a California limited liability company,<br><br>   Defendants. | Case No. 2:13-cv-02205-JAD-PAL<br><br>**STIPULATION AND \|  ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS AWARDED TO ANY PARTY** |

4784675_1

Having settled their dispute, Plaintiff Keep Rockin', LLC ("Plaintiff") and Defendants Pizza Rock LV, LLC and Pizza Rock, LLC (together "Defendants"), hereby agree and stipulate to dismiss this action, in its entirety, with prejudice and without attorneys' fees or costs awarded to any party. This Court, to the exclusion of all other courts, shall retain exclusive jurisdiction over the parties for the purpose of enforcing the terms of the parties' settlement.

**IT IS SO AGREED AND STIPULATED:**

LEWIS ROCA ROTHGERBER LLP

By:   /s/ Jonathan W. Fountain

Michael J. McCue
Jonathan W. Fountain
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, NV 89169-5996
(702) 949-8200 (tel.)
(702) 949-8398 (fax)

*Attorneys for Plaintiff
Keep Rockin, LLC*

DUANE MORRIS LLP

By:   /s/ Mark A. Steiner

Mark A. Steiner
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
(415) 957-3000 (tel.)
(415) 957-3001 (fax)

Manita Rawat
100 North City Parkway
Suite 1560
Las Vegas, NV 89106
(702) 868-2600 (tel.)
(702) 385-6862 (fax)

-and-

SIDEMAN & BANCROFT LLP
Guy W. Chambers
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111
(415) 733-3950 (tel.)
(415) 392-0827 (fax)

*Attorney for Defendants
Pizza Rock LV, LLC and Pizza Rock, LLC*

### ORDER

Based on the parties stipulation [35],

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice, each side to bear its own fees and costs.

Dated:  August 15, 2014.

_____
UNITED STATES DISTRICT JUDGE

-2-

4784675_1